1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11   JAYMES BUTLER, et. al.,

12          Plaintiffs,              CIV. NO. S-07-02406 WBS EFB

13   vs.

14   CITY OF SACRAMENTO,             RELATED CASE ORDER

15          Defendant.
     _____/

16

17   MARTIN GENNUSO,

18          Plaintiff,               CIV. NO. S-08-00489 FCD KJM

19   vs.

20   CITY OF SACRAMENTO,

21          Defendant.
     _____/

22

23          Examination of the above-entitled actions reveals that

24   these actions are related within the meaning of Local Rule 83-

25   123(a).  E. Dist. of Cal. Local R. 83-123(a).  The City of

26   Sacramento is the only defendant in both actions and all of the

27   plaintiffs in both actions are members of the Sacramento Area

28   Firefighters' Union Local 522.  Both cases also involve

     substantially identical legal and factual claims by the

1   plaintiffs (i.e., Fair Labor Standards Act claims based on

2   defendants' alleged failures to properly compute plaintiffs'

3   overtime pay and to provide all compensation due as part of a

4   retroactive salary increase).  Accordingly, the assignment of

5   the matters to the same judge is likely to effect a substantial

6   saving of judicial effort and is also likely to be convenient

7   for the parties.

8          The parties should be aware that relating the cases

9   under Local Rule 83-123 merely has the result that both actions

10  are assigned to the same judge; no consolidation of the actions

11  is effected.  Under the regular practice of this court, related

12  cases are generally assigned to the judge and magistrate to whom

13  the first filed action was assigned.

14         IT IS THEREFORE ORDERED that the actions denominated

15  Butler v. City of Sacramento, Civ. No. S-07-02406 WBS EFB, and

16  Gennuso v. City of Sacramento, Civ. No. S-08-00489 FCD KJM, be,

17  and the same hereby are, deemed related and the case denominated

18  Gennuso v. City of Sacramento, Civ. No. S-08-00489 FCD KJM,

19  shall be reassigned to the Honorable WILLIAM B. SHUBB and

20  Magistrate Judge Edmund F. Brennan for all further proceedings.

21  Any dates currently set in the reassigned case only are hereby

22  VACATED.  Henceforth, the caption on documents filed in the

23  reassigned case shall be shown as Gennuso v. City of Sacramento,

24  Civ. No. S-08-00489 WBS EFB.

25  ///

26  ///

27  ///

28  ///

2

1          IT IS FURTHER ORDERED that the Clerk of the Court

2    make appropriated adjustment in the assignment of civil cases to

3    compensate for this reassignment.

4    DATED:  May 6, 2008

5

6    _____

     WILLIAM B. SHUBB

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28