1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  MARTIN GENNUSO              ) CASE NO.:2:08-cv-00489-WBS-EFB
                                )
12                              ) (Related Case: 2:07-cv-02406-WBS-EFB)
              Plaintiff,        )
13                              ) **STIPULATION FOR CONSOLIDATION OF**
    v.                          ) **CASES; ORDER**
14                              )
    CITY OF SACRAMENTO,         )
15                              )
              Defendant.        )
16                              )
                                )
17                              )
    _____)
18

19

20

21     WHEREAS, on November 8, 2007 a related case styled *Butler v. City of Sacramento*, Eastern

22  District Case Number 2:07-cv-02406-WBS-EFB (hereinafter "*Butler*") was filed.

23     WHEREAS, the parties stipulate and agree that common questions of law and fact exist as

24  contemplated by Fed. R. Civ. P. 42.

25     WHEREAS, Plaintiff has filed a civil case cover sheet indicating this case is related to the

26  *Butler* matter.

27     WHEREAS, on May 6, 2008, the Honorable Judge William B. Shubb deemed both cases

28  related, and ordered this case reassigned to the Honorable Judge William B. Shubb and Magistrate

1  Judge Brennan for all further proceedings.

2      WHEREAS, both actions involve similar questions of fact and law and their assignment to the
3  same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort.

4      WHEREAS, the parties stipulate and agree the interests of judicial economy and equity would
5  be served by consolidation of this matter with *Butler*.

7  NOW THEREFORE, IT IS HEREBY STIPULATED:

8      1. The case of *Gennuso v. City of Sacramento*, Eastern District Case No.:2:08-cv-00489-WBS-
9  EFB, should be consolidated with the case of *Butler v. City of Sacramento*, Eastern District Case
10 No.:2:07-cv-02406-WBS-EFB.

11     2. *Butler v. City of Sacramento* should be the primary case.

12     3. The scheduling order presently in effect for *Butler v. City of Sacramento* should likewise be
13 applied to *Gennuso v. City of Sacramento.*

16 Dated: 8-5-08          **MASTAGNI, HOLSTEDT, AMICK,**
                          **MILLER, JOHNSEN & UHRHAMMER**

18                        By: /s/
19                            DAVID D. KING
                              Attorney for Plaintiffs

20 Dated: 8-5-08          **EILEEN M. TEICHERT**
21                        **City Attorney**

23                        By:/s/
                              SHERI M. CHAPMAN
                              Sr. Deputy City Attorney

                          Attorneys for Defendant
                          CITY OF SACRAMENTO

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARTIN GENNUSO | ) CASE NO.:2:08-cv-00489-WBS-EFB |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER CONSOLIDATING CASES** |
| CITY OF SACRAMENTO, | ) |
| Defendant. | ) |

It is hereby ordered that the case of *Butler v. City of Sacramento*, Eastern District Case No.:2:07-cv-02406-WBS-EFB, as primary case, be consolidated with the case of *Gennuso v. City of Sacramento*, Eastern District CaseNo.:2:08-cv-00489-WBS-EFB, and that *Gennuso v. City of Sacramento* shall adopt the scheduling order of *Butler v. City of Sacramento*. The Scheduling Conference currently set on August 25, 2008 in 2:087-cv-00489-WBS-EFB is vacated.

Date: August 7, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONSOLIDATING CASES

3

Gennuso v. City of Sacramento
CASE NO.:2:08-cv-00489-WBS-EFB