1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95811
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| JAYMES BUTLER, et al. | Case No.: 2:07-cv-02406-WBS-EFB; & |
|---|---|
| Plaintiffs, | Consolidated Case: 2:08-CV-489-WBS-EFB |
| v. | |
| | **STIPULATION TO DISMISS PLAINTIFF ANDREW WATT; [PROPOSED] ORDER** |
| CITY OF SACRAMENTO, | |
| Defendants. | |
| | Courtroom: 5 |
| | Judge: Honorable William B. Shubb |

Plaintiffs Jaymes Butler et al. (hereinafter "Plaintiffs") and Defendant City of Sacramento (hereinafter "Defendant") through their respective counsel, respectfully submit the following stipulation and request:

1. ANDREW WATT is identified as a plaintiff in the above-titled action.

2. After careful review of documents, it was discovered that ANDREW WATT is not, and was never, a plaintiff in the instant action, and that the name of "ANDREW WATT" was inadvertently included as a plaintiff through a documentation error.

///

NOW THEREFORE, the following is hereby stipulated and agreed upon by the parties:

1. The name of "ANDREW WATT" should be stricken from the record as a Plaintiff in the above-entitled action.

2. Claims brought in the name of "ANDREW WATT" set forth in the instant action should be dismissed without prejudice.

3. Defendant agrees to waive any right to costs and attorney's fees as a result of this dismissal.

RESPECTFULLY SUBMITTED.

Dated: June 22, 2009          **MASTAGNI, HOLSTEDT, AMICK**
                              **MILLER, JOHNSEN & UHRHAMMER**


                              By: _____/s/_____
                              DAVID D. KING
                              Attorney for Plaintiffs


Dated: June 22, 2009          **CITY ATTORNEY, CITY OF SACRAMENTO**


                              By: _____/s/_____
                              BRETT M. WITTER
                              Attorney for Defendant

**ORDER**

    **IT IS SO ORDERED.**

Dated: June 26, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE